UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIAM BURTON, III** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-6530-LMA-SS** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER SOCIAL SECURITY ADMINISTRATION** | |

### REPORT AND RECOMMENDATION

Before the Court is the motion of the defendant, Carolyn W. Colvin, Acting Commissioner Social Security Administration ("Commissioner"), to dismiss the complaint of the plaintiff, William Burton, III ("Burton"). For the reasons described below it is recommended that Commissioner's motion to dismiss be granted and that Burton's complaint be dismissed without prejudice.

### BACKGROUND

On April 18, 2013, Burton filed applications for Title II and Title XVI benefits. Rec. doc. 14 (Declaration of Patrick J. Herbst ["Herbst"] at 3). The applications were denied. Id. On September 24, 2013, Burton filed a request for reconsideration. It is still pending. Id. On December 2, 2013, Burton filed a complaint for review. Rec. doc. 1. Burton is proceeding without the assistance of counsel.

Prior to requesting judicial review of a case under the Social Security Act, a claimant must first exhaust all available administrative remedies. 42 U.S.C. § 405(g). Burton filed his complaint prior to exhausting all available administrative remedies as a result of which the Commissioner requests that Burton's complaint be dismissed.

Burton did not submit an opposition.

## **RECOMMENDATION**

IT IS RECOMMENDED that the Commissioner's motion to dismiss (Rec. doc. 9) be GRANTED and Burton's complaint be dismissed without prejudice each party to bear its own cost.

New Orleans, Louisiana, this 26th day of March, 2014.

_____
**SALLY SHUSHAN**
**U.S. Magistrate Judge**