UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILLIAM BURTON, III                                            CIVIL ACTION

VERSUS                                                         NO. 13-6530-LMA-SS

CAROLYN W. COLVIN, ACTING
COMMISSIONER SOCIAL SECURITY
ADMINISTRATION

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the motion of the defendant, Carolyn W. Colvin, Acting Commissioner Social Security Administration, to dismiss (Rec. doc. 9) is **GRANTED** and the complaint of the plaintiff, William Burton, III, be dismissed without prejudice each party to bear its own costs.

New Orleans, Louisiana, this 17th day of April, 2014.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE